IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN BURMASTER,<br>*CEO, Burmaster International Group,*<br><br>          Plaintiff,<br><br>   v.<br><br>SWITZERLAND,<br><br>          Defendant. | Civil Action No. 18-134 Erie |

## MEMORANDUM ORDER

This *pro se* civil rights action was commenced on May 7, 2018 and was referred to United States Magistrate Judge Lisa Pupo Lenihan for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. §636(b)(1), and Local Rules of Court 72.C and 72.D. The magistrate judge's report and recommendation (ECF No. 5), issued on June 28, 2018, recommended that the action be transferred to the United States District Court for the District of Columbia. Service was made on the Plaintiff at his most recent address of record (*see* ECF No. 7), and objections were filed on July 25, 2018 (ECF No. 8). After *de novo* review of the complaint and documents in the case, together with the report and recommendation and Plaintiff's objections thereto, the following order is entered:

      AND NOW, this 3rd day of August, 2018,

1

IT IS HEREBY ORDERED that the within action shall be transferred forthwith to the United States District Court for the District of Columbia. The report and recommendation of Magistrate Judge Lenihan, issued on June 28, 2018, is adopted as the opinion of this Court.

---
MARK R. HORNAK
United States District Judge

cc/ecf:	Lisa Pupo Lenihan
U.S. Magistrate Judge

Brian Burmaster
250 East Wisconsin Ave, Suite 1800
Milwaukee, WI 53202